CHARLES E. LARSON, Appellant, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.

*Larson* v. *Brooklyn Heights R. R. Co.*, 134 App. Div. 679, affirmed.
(Argued May 5, 1911; decided May 19, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered November 27, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Frederick S. Martyn* for appellant.

*D. A. Marsh* and *George D. Yeomans* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.